Judge's Chamber Copy

1  MATTHEW D. POWERS (SBN. 104795)
   matthew.powers@weil.com
2  DOUGLAS E. LUMISH (SBN 183863)
   douglas.lumish@Weil.com
3  MICHAEL D. POWELL (SBN. 202850)
   michael.powell@weil.com
4  LEERON G. KALAY (SBN 233579)
   leeron.kalay@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   DORIAN E. DALEY (SBN 129049)
9  dorian.daley@oracle.com
   REBECCA PEREZ-PLATT (SBN 194930)
10 rebecca.perez-platt@oracle.com
   ORACLE CORPORATION
11 500 Oracle Parkway
   Redwood Shores, CA 94065
12 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
13
   Attorneys for Plaintiff
14 Oracle International Corporation

e-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS, LLC,<br><br>Defendants. | E-FILING<br><br>Case No. C 03 02267 VRW<br><br>[PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER<br><br>Hon. Vaughn R. Walker |
|---|---|

[PROPOSED] ORDER MODIFYING CASE
MANAGEMENT ORDER

Case No. C 03 02267 VRW
SV1:\224263\01\4T1J01!.DOC\66385.0013

1   WHEREAS, the parties to the above-entitled action have jointly submitted a
2   stipulation and request to modify the Case Management Order in this case.
3   The Court hereby ORDERS that the Case Management Order is modified as
4   follows:

| EVENT | EXISTING DATE | PROPOSED NEW DATE |
|---|---|---|
| Markman Hearing and Further Case Management Conference | March 30, 2005 | Completed |
| Further Case Management Conference | June 21, 2005 at 9:00 a.m. | No change |
| Final Infringement Contentions | 30 days after issuance of the Court's Claim Construction Order | September 9, 2005 |
| Close of Fact Discovery | 21 days after issuance of the Court's Claim Construction Order | September 30, 2005 |
| Opening Expert Reports | 60 days after issuance of the Court's Claim Construction Order | October 14, 2005 |
| Rebuttal Expert Reports | 90 days after issuance of the Court's Claim Construction Order | December 2, 2005 |
| Close of Expert Discovery | 105 days after issuance of the Court's Claim Construction Order | December 16, 2005 |
| Last Day to File Dispositive Motions | Not Set | January 20, 2006 |
| Trial Date | Not Set | No Change |

22  IT IS SO ORDERED.

24  Dated: _____

By: _____
Vaughn R. Walker
United States District Court Judge

[PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER     1     Case No. C 03 02267 VRW
SV1:\224263\01\4T1J01!.DOC\66385.0013