1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  DOUGLAS E. LUMISH (Bar No. 183863)
   douglas.lumish@weil.com
3  MICHAEL D. POWELL (Bar No. 202850)
   michael.powell@weil.com
4  LEERON. G. KALAY (Bar No. 233579)
   leeron.kalay@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   DORIAN E. DALEY (Bar No. 129049)
9  dorian.daley@oracle.com
   PEGGY E. BRUGGMAN (Bar No. 184176)
10 peggy.bruggman@oracle.com
   ORACLE CORPORATION
11 500 Oracle Parkway
   Redwood Shores, CA  94065
12 Telephone: (650) 506-5200
   Facsimile: (650) 506-7114
13
   Attorneys for Plaintiff
14 Oracle International Corporation

15                     UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  ORACLE INTERNATIONAL CORPORATION,<br>18<br>            Plaintiff,<br>19<br>      v.<br>20<br>  MANGOSOFT, INC., MANGOSOFT<br>21 CORPORATION, and BUILT RIGHT<br>  NETWORKS, LLC,<br>22<br>            Defendants.<br>23 | **E-FILING**<br><br> **Case No. C 03 02267 VRW**<br><br>**[~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT ORDER**<br><br>Hon. Vaughn R. Walker |

24
25
26
27
28

WHEREAS, the parties to the above-entitled action have jointly submitted a stipulation and request to modify the Case Management Order in this case.

The Court hereby ORDERS that the Case Management Order is modified as follows:

| EVENT | EXISTING DATE | PROPOSED NEW DATE |
| --- | --- | --- |
| Markman Hearing and Further Case Management Conference | March 30, 2005 | Completed |
| Further Case Management Conference | June 21, 2005 at 9:00 a.m. | Completed |
| Final Infringement Contentions | September 9, 2005 | Completed |
| Close of Fact Discovery | September 30, 2005 | November 30, 2005 |
| Opening Expert Reports | October 14, 2005 | December 16, 2005 |
| Rebuttal Expert Reports | December 2, 2005 | February 3, 2006 |
| Close of Expert Discovery | December 16, 2005 | February 17, 2006 |
| Last Day to File Dispositive Motions | January 20, 2006 | March 24, 2006 |
| Trial Date | Not Set | No Change |

IT IS SO ORDERED.

Dated: _____

By: _____
Vaughn R. Walker
United States District Court Judge