| | |
|---|---|
| 1 | MATTHEW D. POWERS (SBN. 104795) |
| | matthew.powers@weil.com |
| 2 | DOUGLAS E. LUMISH (SBN 183863) |
| | douglas.lumish@Weil.com |
| 3 | MICHAEL D. POWELL (SBN. 202850) |
| | michael.powell@weil.com |
| 4 | LEERON G. KALAY (SBN 233579) |
| | leeron.kalay@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 6 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 7 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 8 | |
| 9 | DORIAN E. DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 10 | REBECCA PEREZ-PLATT (SBN 194930) |
| | rebecca.perez-platt@oracle.com |
| 11 | ORACLE CORPORATION |
| | 500 Oracle Parkway |
| 12 | Redwood Shores, CA 94065 |
| | Telephone: (650) 506-5200 |
| 13 | Facsimile: (650) 506-7114 |
| 14 | Attorneys for Plaintiff |
| | Oracle International Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 17 | ORACLE INTERNATIONAL CORPORATION, | E-FILING |
| 18 | | Case No. C 03 02267 VRW |
| 19 | Plaintiff, | |
| | v. | [~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT ORDER |
| 20 | MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS, LLC, | |
| 21 | | Hon. Vaughn R. Walker |
| 22 | Defendants. | |

1  WHEREAS, the parties to the above-entitled action have jointly submitted a
2  stipulation and request to modify the Case Management Order in this case.
3  The Court hereby ORDERS that the Case Management Order is modified as
4  follows:

| EVENT | EXISTING DATE | PROPOSED NEW DATE |
|---|---|---|
| Markman Hearing and Further Case Management Conference | March 30, 2005 | Completed |
| Further Case Management Conference | June 21, 2005 at 9:00 a.m. | No change |
| Final Infringement Contentions | 30 days after issuance of the Court's Claim Construction Order | September 9, 2005 |
| Close of Fact Discovery | 21 days after issuance of the Court's Claim Construction Order | September 30, 2005 |
| Opening Expert Reports | 60 days after issuance of the Court's Claim Construction Order | October 14, 2005 |
| Rebuttal Expert Reports | 90 days after issuance of the Court's Claim Construction Order | December 2, 2005 |
| Close of Expert Discovery | 105 days after issuance of the Court's Claim Construction Order | December 16, 2005 |
| Last Day to File Dispositive Motions | Not Set | January 20, 2006 |
| Trial Date | Not Set | No Change |

22  IT IS SO ORDERED.

24  Dated: _____

By: _____
Vaughn R. Walker
United States District Court Judge

[PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER            1            Case No. C 03 02267 VRW
SV1:\224263\01\4T1J01!.DOC\66385.0013