| | |
|---|---|
| 1 | MATTHEW D. POWERS (SBN. 104795) |
| | matthew.powers@weil.com |
| 2 | DOUGLAS E. LUMISH (SBN 183863) |
| | douglas.lumish@weil.com |
| 3 | MICHAEL D. POWELL (SBN 202850) |
| | michael.powell@weil.com |
| 4 | MATTHEW M. SARBORARIA (SBN. 211600) |
| | matthew.sarboraria@weil.com |
| 5 | PAUL T. EHRLICH (SBN 228543) |
| | paul.ehrlich@weil.com |
| 6 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 7 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 8 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 9 | |
| 10 | DORIAN E. DALEY (SBN 129049) |
| | dorian.daley@oracle.com |
| 11 | REBECCA PEREZ-PLATT (SBN 194930) |
| | rebecca.perez-platt@oracle.com |
| 12 | ORACLE CORPORATION |
| | 500 Oracle Parkway |
| 13 | Redwood Shores, CA 94065 |
| | Telephone: (650) 506-5200 |
| 14 | Facsimile: (650) 506-7114 |
| 15 | Attorneys for Plaintiff |
| | Oracle International Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION, | Case No. C 03 02267 VRW |
| Plaintiff, | **PLAINTIFF ORACLE INTERNATIONAL CORPORATION'S NOTICE OF DEPOSITION OF MANGOSOFT, INC., MANGOSOFT CORPORATION AND BUILT RIGHT NETWORKS, LLC PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 30(b)(6)** |
| v. | |
| MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS, LLC, | |
| Defendants. | |

ORACLE'S NOT. OF DEPO. OF MANGOSOFT, INC., MANGOSOFT CORP. & BUILT RIGHT (PER FRCP 30(b)(6))

Case No. C 03 02267 VRW
SV1:\230182\01\4XLY01!.DOC\66385.0013

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Oracle Corporation ("Oracle") will take the deposition of Mangosoft, Inc., Mangosoft Corporation, and Built Right Networks, LLC ("Defendants") upon oral examination, before an officer authorized by law to administer oaths.  The deposition will commence on September 28, 2005 at 10:00 a.m. at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA  02111, and will continue from day to day (excluding Saturdays, Sundays and holidays) until completed or adjourned, consistent with Federal Rules of Civil Procedure.  The deposition will take place before a notary public or other officer authorized to administer oaths in the respective district, and will be recorded on videotape and by real time transcription service as well as by stenographic means.

PLEASE TAKE FURTHER NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Defendants shall designate one or more of its officers, directors, managing agents, or other persons who are most qualified, knowledgeable and competent to testify on its behalf as to all matters known or reasonably available to Defendants with respect to each of the Subjects for Examination set forth below.  Defendants are requested to identify each person so designated and to set forth the matters on which that person will testify at least two business days before the deposition.

PLEASE TAKE FURTHER NOTICE that pursuant to Federal Rules of Civil Procedure 45(a)(1)(C), the deponent is required to produce for inspection and copying the documents described more fully below.  The place and time for production shall be at the office of Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., One Financial Center, Boston, MA 02111, at 9:00 a.m. on September 28, 2005.

## SUBJECTS FOR EXAMINATION

1. Design and operation of the Mangomind product or service.

///

///

## DESCRIPTION OF DOCUMENTS TO BE PRODUCED

1.  All documents that refer or relate to the design and/or operation of the Mangomind product or service.

Dated: August 25, 2005

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: _____
Michael D. Powell
Attorneys for Plaintiff
ORACLE INTERNATIONAL CORPORATION

## DECLARATION OF SERVICE

I am a citizen of the United States, more than 18 years old, and not a party to this action. My place of employment and business address is 201 Redwood Shores Parkway, Redwood Shores, California, 94065-1175. On August 25, 2005, I caused a copy of **Plaintiff Oracle International Corporation's Notice of Deposition of Mangosoft, Inc., Mangosoft Corporation, and Built Right LLC Pursuant to Federal Rule of Civil Procedure 30(b)(6)** to be served on **Mangosoft, Inc., Mangosoft Corporation, and Built Right Networks, LLC** as follows:

[XX] **BY FACSIMILE** I am readily familiar with the business practice at my place of business for collection and processing of documents for transmission by facsimile. In the ordinary course of business, documents are collected and transmitted by facsimile using a facsimile machine that produces a record showing whether the facsimile transmission was completed successfully. On the above-referenced date, I delivered the above document(s) to the persons responsible for transmitting documents by facsimile following ordinary business practice for transmission to the person(s) at the address and facsimile number identified below. I have attached to the original papers being filed with the Court a copy of the transmission report confirming that transmission to the person(s) identified below was successful.

[XX] **BY OVERNIGHT COURIER SERVICE** I am readily familiar with the business practice at my place of business for collection and processing of correspondence for deposit with an overnight delivery service. Correspondence placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business. On the above-referenced date, I sealed the above document(s) in an envelope or package designated by the courier service and addressed to the person(s) identified below, with payment of next day delivery fees provided for, and delivered the envelope/package to the office personnel responsible for delivering documents to overnight courier services following ordinary business practice.

Thomas W. Lathram, Esq.  
Silicon Edge Law Group LLP  
6601 Koll Center Parkway  
Pleasanton, CA 94566  
Facsimile: (925) 461-0961

Joseph P. Messina. Esq.  
Mintz, Levin, Cohn, Ferris,  
   Glovsky and Popeo, P.C.  
One Financial Center  
Boston, MA 02111  
Facsimile: (617) 542-2241

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 25, 2005, at Redwood Shores, California

_____  
Karen A. Gotelli