# WEIL, GOTSHAL & MANGES LLP

SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065

(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
NEW YORK
PARIS
PRAGUE
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE
(650) 802-3206
mike.powell@weil.com

August 25, 2005

*VIA FACSIMILE*

Joseph P. Messina
Mintz Levin Cohn Ferris Glovsky and Popeo PC
One Financial Center
Boston, MA 02111

Re: *Oracle International v. Mangosoft, Inc., et al.*
U.S.D.C., N.D.Cal. Civil Action No. 03-02267-VRW

Dear Joe:

Following up on my e-mails dated August 1 and August 19, 2005, to which defendants have failed to respond, Oracle would like to schedule the depositions of the following persons of interest: Robert Phillips, Scott Davis, Randy Shain, Jim Plummer, Kevin Mendel, Bob Parsons, Daniel Dietterich, Jerry Plouffe, Mark Woodbury, and Dave Porter. If Mintz Levin does not intend to represent any of these individuals, please let me know by Tuesday, August 30, 2005 so that we may endeavor to contact them directly.

There are a number of other persons referenced in the Mangomind materials which may be added to Oracle's list as appropriate, and Oracle reserves the right to notice the depositions of these or any other witnesses. Please contact me with proposed dates at your earliest convenience. If I do not hear from you by September 1, 2005, Oracle will have no choice but to notice all examinations (including the 30b6 on design and operation of Mangomind) between September 19 and September 30, 2005.

Sincerely,

Michael D. Powell

cc: Thomas W. Lathram

SV1:\230167\01\4XLJ01!.DOC\66385.0013