MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
DOUGLAS E. LUMISH (Bar No. 183863)
douglas.lumish@weil.com
MICHAEL D. POWELL (Bar No. 202850)
michael.powell@weil.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@weil.com
DAVID T. POLLOCK (Bar No. 217546)
david.pollock@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DORIAN E. DALEY (Bar No. 129049)
dorian.daley@oracle.com
PEGGY E. BRUGGMAN (Bar No. 184176)
peggy.bruggman@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA  94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiff
Oracle International Corporation

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS, LLC,<br><br>Defendants. | Case No. C03-02267 VRW<br><br>E-FILING<br><br>**PLAINTIFF ORACLE INTERNATIONAL CORPORATION'S PATENT LOCAL RULE 3-1 DISCLOSURE OF ASSERTED CLAIMS AND FINAL INFRINGEMENT CONTENTIONS** |

Pursuant to Patent L.R. 3-1 and the Court's June 6, 2005 Case Management Order, plaintiff Oracle International Corporation ("Oracle International") hereby makes the following Disclosure of Asserted Claims and Final Infringement Contentions for U.S. Patent No. 6,317,790

("the '790 patent").  Oracle International notes that its investigation and discovery are ongoing. Oracle International reserves the right to request leave of court to supplement this disclosure after discovery has closed should additional information become available.

### A.   Patent Local Rule 3-1(a) and (b) Disclosures

Based on the information that Oracle International currently possesses, Oracle International contends that Defendants infringe at least claims 1, 2, 3, 4, 5, 6, 7, 13, 16, 24, 25, 26, 27, 28, 29, 30, 36, 39, and 47 of the '790 patent by making, using, offering for sale, and/or selling at least the following products:  Mangomind, including Mangomind Workgroup and Mangomind Enterprise.

### B.   Patent Local Rule 3-1(c) Disclosure

See Claim Chart attached as Exhibit A.  Oracle International reserves the right to supplement this disclosure after additional information becomes available.

### C.   Patent Local Rule 3-1(d) Disclosure

See Claim Chart attached as Exhibit A.  Based on the information that Oracle International currently possesses, Oracle International contends that each of the accused products literally infringes the asserted claims.  Even if an accused product is held not to literally infringe any or all of the asserted claims, Oracle International contends that each accused product infringes each of the asserted claims under the doctrine of equivalents because the differences, if any, between the accused products and what is literally claimed in the asserted claims are insubstantial.  Moreover, if the Court holds that any limitation of the asserted claims is not literally present in an accused product, Oracle International contends that all such means, step, and/or element of the accused products perform substantially the same function in substantially the same way to achieve the same or substantially the same result as what is claimed in the asserted claims.  Oracle International's investigation and discovery are ongoing and it reserves the right to supplement this disclosure after additional information becomes available.

### D.   Patent Local Rule 3-1(e) Disclosure

The '790 patent does not claim priority to an earlier application.

1

### E.    Patent Local Rule 3-1(f) Disclosure

2  Oracle International does not presently intend to rely on the assertion that its own

3  apparatus, product, device, process, method, act, or other instrumentality practices the invention

4  claimed by the '790 patent.  Oracle International's investigation and discovery are ongoing, and

5  Oracle International reserves the right to supplement this disclosure if additional information

6  becomes available.

7

### F.    Patent Local Rule 3-2 Document Production

8  Documents specified in Patent L.R. 3-2 have been produced or are available for

9  inspection and copying at the offices of Weil, Gotshal & Manges LLP at the above-listed address.

10

11  Dated: September 16, 2005.                    WEIL, GOTSHAL & MANGES LLP

12

13  By: _____

14                                                  Michael D. Powell
                                                Attorneys for Plaintiff
15                                             ORACLE INTERNATIONAL
                                                    CORPORATION

16

17

18

19

20

21

22

23

24

25

26

27

28

# DECLARATION OF SERVICE

I am a citizen of the United States, more than 18 years old, and not a party to this action.   My place of employment and business address is 201 Redwood Shores Parkway, Redwood Shores, California, 94065-1175.   On September 16, 2005, I caused a copy of **PLAINTIFF ORACLE INTERNATIONAL CORPORATION'S PATENT LOCAL RULE 3-1 DISCLOSURE OF ASSERTED CLAIMS AND FINAL INFRINGEMENT CONTENTIONS and attached as Exhibit A, ORACLE INTERNATIONAL PATENT LOCAL RULE 3 1 CLAIM CHART FOR U.S. PATENT NO. 6,317,790; DECLARATION OF SERVICE** to be served on **Mangosoft, Inc., Mangosoft Corporation, and Built Right Networks, LLC** as follows:

[ ]   **BY MAIL**   I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.   Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.   The above document was placed in a sealed envelope with first-class postage thereon fully prepaid, and placed for collection and mailing on that date following ordinary business practices.

[ XX ]   **BY FACSIMILE**   I am readily familiar with the business practice at my place of business for collection and processing of documents for transmission by facsimile. In the ordinary course of business, documents are collected and transmitted by facsimile using a facsimile machine that produces a record showing whether the facsimile transmission was completed successfully.   On the above-referenced date, I delivered the above document(s) to the persons responsible for transmitting documents by facsimile following ordinary business practice for transmission to the person(s) at the address and facsimile number identified below.   I have attached to the original papers being filed with the Court a copy of the transmission report confirming that transmission to the person(s) identified below was successful.

[ XX ]   **BY OVERNIGHT COURIER SERVICE**   I am readily familiar with the business practice at my place of business for collection and processing of correspondence for deposit with an overnight delivery service.   Correspondence placed for collection and processing is either delivered to a courier or driver authorized by said overnight delivery service to receive documents or deposited by an employee or agent of this firm in a box or other facility regularly maintained by said overnight delivery service that same day in the ordinary course of business.   On the above-referenced date, I sealed the above document(s) in an envelope or package designated by the courier service and addressed to the person(s) identified below, with payment of next day delivery fees provided for, and delivered the envelope/package to the office personnel responsible for delivering documents to overnight courier services following ordinary business practice.

**Thomas W. Lathram, Esq.**
**Silicon Edge Law Group LLP**
**6601 Koll Center Parkway**
**Pleasanton, CA 94566**
**Facsimile:  (925) 621-2130**

**Joseph P. Messina. Esq.**
**Mintz, Levin, Cohn, Ferris,**
**   Glovsky and Popeo, P.C.**
**One Finanical Center**
**Boston, MA 02111**
**Facsimile:  (617) 542-2241**

Executed on September 16, 2005 at Redwood Shores, California.   I declare under penalty of perjury that the foregoing is true and correct.

Karen A. Gotelli

DECLARATION OF SERVICE                    1

Case No.  C 03 02267 VRW
SV1:\231569\01\4Y_H01!.DOC\66385.0013

## ORACLE INTERNATIONAL PATENT LOCAL RULE 3-1 CLAIM CHART
## FOR U.S. PATENT NO. 6,317,790

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| 1. | A method for server interruption of user requests, the method comprising the steps of: | The accused Mangomind system comprises a server or series of servers (e.g., "Mangomind servers," "Mangomind host site redundant cluster servers," and Backoffice Data Center servers running Mangomind server software) which provide a method for interruption of user requests for information stored on the Mangomind system. | Both |
| | a server receiving a request from a user for a particular set of information, wherein preparation and delivery of said particular set of information requires a particular series of operations | In the accused Mangomind system a server or series of servers receive user requests for information stored on the server(s) and the Mangomind software performs a series of operations to deliver the requested information to a user. For example, after the Mangomind server authenticates the user through encrypted key exchange and comparison, the user, through the Mangomind client application, makes a request to access online (view) the contents of the user's Minddrive.  Preparation and delivery of such information requires that certain data objects be synchronized or reconciled between server and client.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | in response to said request, said server collecting supplemental information about said user from a server-side storage unit; | In the accused Mangomind system user information stored on the Mangomind system is accessed in response to a user request through the accused Mangomind software.  For | Both |

SV1-\230517\02\4XV902!.DOC\66385.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | and | example, in response to the user's request to access online (view) the contents of the user's Minddrive, the server calls the function Reconcile.All which scans the ACEs (access control entries) in the ACL (access control list) to collect supplemental user information. The ACEs and ACL are stored in a server-side storage unit. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | |
| | said server determining, based on said supplemental information, whether to perform one or more operations prior to supplying said particular set of information to said user, wherein said one or more operations do not alter any operation in said particular series of operations; | Prior to delivering requested information to a user, the accused Mangomind system determines through the operation of the accused Mangomind software whether to perform additional operations, including providing additional information to the user (e.g., new message, drive full, conflict or access-denied notification), based on information associated with the user and stored on the system and, if required, performs such operations without altering any operation in the series of operations discussed above. For example, based on access control entries specific to the user, server determines whether to send a notice to the client application informing the client that certain operations have been denied because of changes to that user's file or directory permissions (or other ACE). SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263- | Both |

2

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | if said server determines that said one or more operations should be performed, then performing said one or more operations prior to supplying said particular set of information to said user, and | The accused Mangomind system performs one or more additional operations, including providing additional information to the user/client, based on the above determination by the accused Mangomind software.  For example, if supplemental operations (such as file upload) have been denied due to changes in the user's file or directory permissions, the server sends notice to the user's client application before providing the user with access to the user's Minddrive.  In another example, the server sends notice to the user's client application that user has an unread message.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | | 2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | |
| | after performing said one or more operations, said server replying to said user with said particular set of information; and | The accused Mangomind system provides a user with requested information after determining through the operation of the accused Mangomind software whether to perform additional operations, including providing additional information to the user, and after performing any such additional operations.  For example, the server provides the user with access to the Minddrive as requested.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; | Both |

SV1\230517024\XV902\DOC\66385.0013

SV1:\230517\02\4XY902!.DOC\66385.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
|  |  | MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. |  |
|  | if said server determines not to perform said one or more operations, then replying to said user with said particular set of information. | The accused Mangomind system provides a user with requested information if the Mangomind system determines through the above steps that no additional operations are required (e.g., conflict or access-denied notifications). For example, if no operations have been denied because there have been no changes in the user's file or directory permissions, the server does not need to send a conflict or access-denied notice to the user's client application. Server provides the user with access to the Minddrive as requested. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| 2. | The method of claim 1 wherein said request is for restricted information; | A user requests information stored in a Mangomind drive that is accessible only to that user or a limited group of authorized users. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; | Both |

SV1:\230517\02\4XY902!.DOC\66385.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | said server requests authentication information from said user; | MANGO-CA 2107-2138. The Mangomind server requires user authentication information, including a user's unique, private key, to allow a user to access information stored in a Mangomind drive. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | based on said authentication information, said server determines whether said user is authorized to access said restricted information; and | The Mangomind system authenticates a user prior to allowing the user to access information stored in a Mangomind drive. A user who is not authorized to view or access certain files or data will be prevented from viewing or accessing the information. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | the step of performing said one or more operations is performed after said server determines that said user is authorized and before said server replies to said user with said particular set of information. | The Mangomind system authenticates a user before performing additional operations, including, for example, providing additional information to the user (e.g., new message, drive full, conflict or access-denied notification). SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12865-12931; | Both |

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| 3. | The method of claim 2 wherein the step of determining whether said user is authorized includes comparing said authentication information supplied by said user with server-side authentication information, and wherein a single retrieval operation is used to perform the steps of collecting supplemental information and collecting said server-side authentication information. | The Mangomind system compares a user's authentication information, including the user's unique, private key, to authentication information associated with the user and stored on the Mangomind system and, if required, at the same time retrieves additional information, including the supplemental information discussed above, to provide to the user.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| 4. | The method of claim 1 wherein the step of collecting supplemental information about said user includes the step of collecting supplemental information from a relational database. | In the accused Mangomind system, user information is stored in and retrieved from a relational database in certain applications.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| 5. | The method of claim 1 wherein the step of collecting supplemental information about | In the accused Mangomind system, user information is stored in | Both |

SV1:\230517\02\4XY902\DOC\66385.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | said user includes the step of collecting supplemental information from a flat file. | and retrieved from a flat file in certain applications. | Both |
| 6. | The method of claim 1 wherein: said server receives a second request from a second user for said particular set of information; | The accused Mangomind system allows multiple authorized users to access a shared Mangomind drive.  In the accused Mangomind system user information about a second authorized user is stored on the Mangomind system and is accessed in response to a second user's request through the accused Mangomind software.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | in response to said second request, said server collects second supplemental information about said second user from said server-side storage unit; | In the accused Mangomind system user information about a second authorized user stored on the Mangomind system is accessed in response to a second authorized user's request through the accused Mangomind software.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | said server determines from said second supplemental information that one or more operations need not be performed; and said server replies to said second client | Prior to delivering requested information to a second authorized user, the accused Mangomind system determines through the operation of the accused Mangomind software whether to perform additional operations, including providing | Both |

SV1:\23051702\4\XV902\DOC\66885.0013

SV1:\230517\02\4XY902!.DOC\66385.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | with said particular set of information. | additional information to the user (e.g., new message, drive full, conflict or access-denied notification), based on information associated with the user and stored on the system, and if no additional operations are required, providing the requested information to the user. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | |
| 7. | The method of claim 1 wherein the step of collecting supplemental information includes the step of collecting supplemental information from a record that contains information exclusively associated with said user. | In the accused Mangomind system, user information stored on the system includes records for each user, including authentication information, permissions, contact and usage information, and the like. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| 13. | The method of claim 1 wherein the step of performing one or more operations includes the step of executing one or more executable files. | In performing additional operations prior to responding to a user's request, in some circumstances the accused Mangomind software executes an executable file, including files associated with providing notifications or warnings to the user (e.g. drives.exe). SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803- | Both |

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| 16. | The method of claim 1 wherein the step of determining whether to perform one or more operations includes determining whether to perform said one or more operations based on said supplemental information and rules data. | The accused Mangomind system decides whether or not to perform additional operations, including providing additional information to the user, based in part on criteria governing usage for the user. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| 24. | A computer-readable medium carrying one or more sequences of instructions for server interruption of user requests, wherein execution of the one or more sequences of instructions by one or more processors causes the one or more processors to perform the steps of: | The accused Mangomind system is delivered on a CDRom or by down-loadable file and comprises a client computer or computers connected to a server or series of servers (e.g., "Mangomind servers," "Mangomind host site redundant cluster servers," and Backoffice Data Center servers running Mangomind server software) which run Mangomind software. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
|  | in response to a request from a user for a | In the accused Mangomind system user information stored on | Both |

SV1:\230517\02\4XY902\.DOC\66385.0013

SV1-\23057\702\4XY902\DOC\663585.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.OE.? |
|---|---|---|---|
| | particular set of information, a server request through the accused Mangomind software. For example, in response to the user's request to access online (view) the contents of the user's Minddrive, the server calls the function ReconcileAll which scans the ACEs (access control entries) in the ACL (access control list) to collect supplemental user information. The ACEs and ACL are stored in a server-side storage unit. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | the Mangomind system is accessed in response to a user | |
| wherein preparation and delivery of said particular set of information requires a particular series of operations; | collecting supplemental information about said user from a server-side storage unit; | In the accused Mangomind system a server or series of servers receive user requests for information stored on the server(s) and the Mangomind software performs a series of operations to deliver the requested information to a user. For example, after the Mangomind server authenticates the user through encrypted key exchange and comparison, the user, through the Mangomind client application, makes a request to access online (view) the contents of the user's Minddrive. Preparation and delivery of such information requires that certain data objects be synchronized or reconciled between server and client. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; | Both |

SV1:\230517\02\4XYV02!.DOC\66385.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | said server determining, based on said supplemental information, whether to perform one or more operations prior to supplying said particular set of information to said user; wherein said one or more operations do not alter any operation in said particular series of operations; | MANGO-CA 0123-0168; MANGO-CA 2107-2138.<br><br>Prior to delivering requested information to a user, the accused Mangomind system determines through the operation of the accused Mangomind software whether to perform additional operations, including providing additional information to the user (e.g., new message, drive full, conflict or access-denied notification), based on information associated with the user and stored on the system and, if required, performs such operations without altering any operation in the series of operations discussed above. For example, based on access control entries specific to the user, server determines whether to send a notice to the client application informing the client that certain operations have been denied because of changes to that user's file or directory permissions (or other ACE). SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | if said server determines that said one or more operations should be performed, then performing said one or more operations prior to supplying said particular set of information to said user, and | The accused Mangomind system performs one or more additional operations, including providing additional information to the user/client, based on the above determination by the accused Mangomind software. For example, if supplemental operations (such as file upload) have been denied due to changes in the user's file or directory permissions, the server sends notice to the user with access to client application before providing the user with access to | Both |

11

SVI:1230517\02\4XY902I.DOC\06385.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | | the user's Minddrive. In another example, the server sends notice to the user's client application that user has an unread message. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | |
| | after performing said one or more operations, said server replying to said user with said particular set of information; and | The accused Mangomind system provides a user with requested information after determining through the operation of the accused Mangomind software whether to perform additional operations, including providing additional information to the user, and after performing any such additional operations. For example, the server provides the user with access to the Minddrive as requested. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | if said server determines not to perform said one or more operations, then replying to said user with said particular set of information. | The accused Mangomind system provides a user with requested information if the Mangomind system determines through the above steps that no additional operations are required (e.g., conflict or access-denied notifications). For example, if no operations have been denied because there have been no changes in the user's file or directory permissions, the | Both |

12

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | | server does not need to send a conflict or access-denied notice to the user's client application. Server provides the user with access to the Minddrive as requested. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | |
| 25. | The computer-readable medium of claim 24 wherein: said request is for restricted information; | A user requests information stored in a Mangomind drive that is accessible only to that user or a limited group of authorized users. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | said server requests authentication information from said user; | The Mangomind server requires user authentication information, including a user's unique, private key, to allow a user to access information stored in a Mangomind drive. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; | Both |

SV1:\23051702\4\XV902I.DOC\66385.0013

SVI:1230517/02/4XXY902/DOC/66385/0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | based on said authentication information, said server determines whether said user is authorized to access said restricted information; and | MANGO-CA 2107-2138. | |
| | | The Mangomind system authenticates a user prior to allowing the user to access information stored in a Mangomind drive. A user who is not authorized to view or access certain files or data will be prevented from viewing or accessing the information. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | the step of performing said one or more operations is performed after said server determines that said user is authorized and before said server replies to said user with said particular set of information. | The Mangomind system authenticates a user before performing additional operations, including, for example, providing additional information to the user (e.g., new message, drive full, conflict or access-denied notification). SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| 26. | The computer-readable medium of claim 25 wherein the step of determining whether said user is authorized includes comparing said authentication information supplied by said user with server-side authentication information, and wherein a | The Mangomind system compares a user's authentication information, including the user's unique, private key, to authentication information associated with the user and stored on the Mangomind system and, if required, at the same time retrieves additional information, including the supplemental information discussed above, to provide to | Both |

14

SV1:\230517024XV9021DOC663855.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| 27. | The computer-readable medium of claim 24 wherein the step of collecting supplemental information about said user includes the step of collecting supplemental information from a relational database. | In the accused Mangomind system, user information is stored in and retrieved from a relational database in certain applications. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| 28. | The computer-readable medium of claim 24 wherein the step of collecting supplemental information about said user includes the step of collecting supplemental information from a flat file. | In the accused Mangomind system, user information is stored in and retrieved from a flat file in certain applications.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| 29. | The computer-readable medium of claim 24 wherein said server receives a second request from a second user for said | The accused Mangomind system allows multiple authorized users to access a shared Mangomind drive.  In the accused Mangomind system user information about a second | Both |

single retrieval operation is used to perform the steps of collecting supplemental information and collecting said server-side authentication information. | the user.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. |

SVI-\23051702\4XV902\.DOC\663851\0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | particular set of information; | authorized user is stored on the Mangomind system and is accessed in response to a second user's request through the accused Mangomind software.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | in response to said second request, said server collects second supplemental information about said second user from said server-side storage unit; | In the accused Mangomind system user information about a second authorized user stored on the Mangomind system is accessed in response to a second authorized user's request through the accused Mangomind software.  SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | |
| | said server determines from said second supplemental information that one or more operations need not be performed; and said server replies to said second client with said particular set of information. | Prior to delivering requested information to a second authorized user, the accused Mangomind system determines through the operation of the accused Mangomind software whether to perform additional operations, including providing additional information to the user (e.g., new message, drive full, conflict or access-denied notification), based on information associated with the user and stored on the system, and if no additional operations are required, providing the requested information to the user.  SEE E.G., | Both |

16

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| 30. | The computer-readable medium of claim 24 wherein the step of collecting supplemental information includes the step of collecting supplemental information from a record that contains information exclusively associated with said user. | In the accused Mangomind system, user information stored on the system includes records for each user, including authentication information, permissions, contact and usage information, and the like. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| 36. | The computer-readable medium of claim 24 wherein the step of performing one or more operations includes the step of executing one or more executable files. | In performing additional operations prior to responding to a user's request, in some circumstances the accused Mangomind software executes an executable file, including files associated with providing notifications or warnings to the user (e.g., drives.exe). SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |

SV1:\230517\02\4XV902.DOC\66385.0013

SVI:\230517\02\4XY902\DOC\66385.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| 39. | The computer-readable medium of claim 24 wherein the step of determining whether to perform one or more operations includes determining whether to perform said one or more operations based on said supplemental information and rules data. | The accused Mangomind system decides whether or not to perform additional operations, including providing additional information to the user, based in part on criteria governing usage for the user. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| 47. | A system comprising: a plurality of clients; | The accused Mangomind system comprises a plurality of client users and client computers connected to a shared server or series of servers (e.g., "Mangomind servers," "Mangomind host site redundant cluster servers," and Backoffice Data Center servers running Mangomind server software). SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | a server; | The accused Mangomind system comprises a plurality of client users and client computers connected to a shared server or series of servers. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; | Both |

18

SV1:\23\05170\24XY902\DOC\66385.0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | a network coupling said plurality of clients to said server to allow communication between said plurality of clients and said server; | The client computers in the accused Mangomind system are connected to the server(s) through a network, such as the internet. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | said server being configured to receive a request for a particular set of information by any client of said plurality of clients, wherein preparation and delivery of said particular set of information requires a particular series of operations, and to respond to said request by performing the steps of: | In the accused Mangomind system a server or series of servers receive user requests for information stored on the server(s) and the Mangomind software performs a series of operations to deliver the requested information to a user. For example, after the Mangomind server authenticates the user through encrypted key exchange and comparison, the user, through the Mangomind client application, makes a request to access online (view) the contents of the user's Minddrive. Preparation and delivery of such information requires that certain data objects be synchronized or reconciled between server and client. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 2107-2138. | Both |

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | collecting supplemental information from a server-side storage unit about a user that initiated said request; and | In the accused Mangomind system user information stored on the Mangomind system is accessed in response to a user request through the accused Mangomind software. For example, in response to the user's request to access online (view) the contents of the user's Minddrive, the server calls the function ReconcileAll which scans the ACEs (access control entries) in the ACL (access control list) to collect supplemental user information. The ACEs and ACL are stored in a server-side storage unit. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | determining, based on said supplemental information, whether to perform one or more operations prior to supplying said particular set of information to said user, wherein said one or more operations do not alter any operation in said particular series of operations; | Prior to delivering requested information to a user, the accused Mangomind system determines through the operation of the accused Mangomind software whether to perform additional operations, including providing additional information to the user (e.g., new message, drive full, conflict or access-denied notification), based on information associated with the user and stored on the system and, if required, performs such operations without altering any operation in the series of operations discussed above. For example, based on access control entries specific to the user, server determines whether to send a notice to the client application informing the client that certain operations have been denied because of changes to that user's file or directory permissions (or other ACE). SEE E.G., MANGO-CA 11826-11848; MANGO-CA | Both |

20

SV1:\325\517\02\4XY902!.DOC\6385.0013

SVI:\23051702v4XV902\.DOC\66285\0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | | 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | if said server determines that said one or more operations should be performed, then performing said one or more operations prior to supplying said particular set of information to said user, and | The accused Mangomind system performs one or more additional operations, including providing additional information to the user/client, based on the above determination by the accused Mangomind software. For example, if supplemental operations (such as file upload) have been denied due to changes in the user's file or directory permissions, the server sends notice to the user's client application before providing the user with access to the user's Minddrive. In another example, the server sends notice to the user's client application that user has an unread message. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |
| | after performing said one or more operations, said server replying to said user with said particular set of information; and | The accused Mangomind system provides a user with requested information after determining through the operation of the accused Mangomind software whether to perform additional operations, including providing additional information to the user, and after performing any such additional operations. For example, the server provides the | Both |

21

SV1:123051702\4KV902\DOC\66385\0013

| ASSERTED CLAIM | CLAIM ELEMENT | WHERE ELEMENT IS IN ACCUSED PRODUCTS | LITERAL OR D.O.E.? |
|---|---|---|---|
| | | user with access to the Minddrive as requested. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | |
| | if said server determines not to perform said one or more operations, then replying to said user with said particular set of information. | The accused Mangomind system provides a user with requested information if the Mangomind system determines through the above steps that no additional operations are required (e.g., conflict or access-denied notifications). For example, if no operations have been denied because there has been no changes in the user's file or directory permissions, the server does not need to send a conflict or access-denied notice to the user's client application. Server provides the user with access to the Minddrive as requested. SEE E.G., MANGO-CA 11826-11848; MANGO-CA 12843-12864; MANGO-CA 12808-12823; MANGO-CA 12824-12842; MANGO-CA 12803-12807; MANGO-CA 12865-12931; MANGO-CA 2071-2106; MANGO-CA 1785-1806; MANGO-CA 0001-0034; MANGO-CA 2263-2322; MANGO-CA 4344-4401; MANGO-CA 2398-2415; MANGO-CA 4339-4343; MANGO-CA 0123-0168; MANGO-CA 2107-2138. | Both |