1   MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
2   DOUGLAS E. LUMISH (Bar No. 183863)
    douglas.lumish@weil.com
3   MICHAEL D. POWELL (Bar No. 202850)
    michael.powell@weil.com
4   LEERON. G. KALAY (Bar No. 233579)
    leeron.kalay@weil.com
5   WEIL, GOTSHAL & MANGES LLP
    Silicon Valley Office
6   201 Redwood Shores Parkway
    Redwood Shores, CA 94065
7   Telephone: (650) 802-3000
    Facsimile: (650) 802-3100
8
    DORIAN E. DALEY (Bar No. 129049)
9   dorian.daley@oracle.com
    PEGGY E. BRUGGMAN (Bar No. 184176)
10  peggy.bruggman@oracle.com
    ORACLE CORPORATION
11  500 Oracle Parkway
    Redwood Shores, CA 94065
12  Telephone: (650) 506-5200
    Facsimile: (650) 506-7114
13
    Attorneys for Plaintiff
14  Oracle International Corporation

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 17  ORACLE INTERNATIONAL CORPORATION, | **E-FILING** |
| 18  Plaintiff, | **Case No. C 03 02267 VRW** |
| 19  v. | **JOINT STIPULATION AND REQUEST TO MODIFY CASE MANAGEMENT ORDER** |
| 20  MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS, LLC, | Hon. Vaughn R. Walker |
| 22  Defendants. | |

1         Pursuant to Civil Local Rule 6-2, the parties to the above-entitled action jointly submit this stipulation and request to modify the Case Management Order in this case. In its June 6, 2005 Order, the Court adopted the schedule proposed by the parties as reflected in the "Existing Date" column below.

        The parties respectfully request that the Court again modify the Case Management Order as set forth below in order to allow the parties to complete discovery.

| EVENT | EXISTING DATE | PROPOSED NEW DATE |
|---|---|---|
| <u>Markman</u> Hearing and Further Case Management Conference | March 30, 2005 | Completed |
| Further Case Management Conference | June 21, 2005 at 9:00 a.m. | Completed |
| Final Infringement Contentions | September 9, 2005 | Completed |
| Close of Fact Discovery | September 30, 2005 | November 30, 2005 |
| Opening Expert Reports | October 14, 2005 | December 16, 2005 |
| Rebuttal Expert Reports | December 2, 2005 | February 3, 2006 |
| Close of Expert Discovery | December 16, 2005 | February 17, 2006 |
| Last Day to File Dispositive Motions | January 20, 2006 | March 24, 2006 |
| Trial Date | Not Set | No Change |

////

////

////

////

////

////

////

////

---

JOINT STIPULATION AND REQUEST TO MODIFY CASE MANAGEMENT ORDER      1      Case No. C 03 02267 VRW
SV1:\231654\01\4YQ%01!.DOC\66385.0013

1  Respectfully submitted,

2  Dated: September 19, 2005                                    Dated: September 19, 2005

3

4                                                               **MANGOSOFT, INC.,**
   **ORACLE INTERNATIONAL**                                     **MANGOSOFT CORPORATION,**
5  **CORPORATION**                                              **-and-**
                                                                **BUILT RIGHT NETWORKS, LLC**

6

7  By:    /s/ *Michael D. Powell*                                      /s/ *Thomas W. Lathram*
          Matthew D. Powers (Bar No. 104795)                    Thomas W. Lathram, (Bar No. 59639)
8         Douglas E. Lumish (Bar No. 183163)                    Arthur J. Behiel (Bar No. 172165)
          Michael D. Powell (Bar No. 202850)                    SILICON EDGE LAW GROUP
9         Leeron G. Kalay (Bar No. 233579)                         LLP
          WEIL GOTSHAL & MANGES LLP                             6601 Koll Center Parkway, Suite 245
10        Silicon Valley Office                                 Pleasanton, CA 94566
          201 Redwood Shores Parkway                            Tel:    (925) 621-2110
11        Redwood Shores, CA 94065-1175                         Fax:    (925) 621-2119
          Tel:   (650) 802-3000
12        Fax:   (650) 802-3100                                 Paul J. Hayes, Esq.
                                                                Joseph P. Messina, Esq.
13                                                              David F. Crosby, Esq.
                                                                Robert R. Gilman, Esq.
14                                                              MINTZ, LEVIN, COHN, FERRIS,
                                                                 GLOVSKY AND POPEO, P.C.
15                                                              One Financial Center
                                                                Boston, MA 02111
16                                                              Tel:    (617) 542-6000
                                                                Fax:    (617) 542-2241

17

18         *Attorneys for Plaintiff*                                 *Attorneys for Defendants*

19

20         I hereby attest that I have on file all holograph signatures for any signatures

21  indicated by a "conformed" signature (/s/) within this e-filed document.

22

23                                                                    /s/*Michael D. Powell*
                                                                      Michael D. Powell