| | |
|---|---|
| 1 | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| 2 | DOUGLAS E. LUMISH (Bar No. 183863) |
| | douglas.lumish@weil.com |
| 3 | MICHAEL D. POWELL (Bar No. 202850) |
| | michael.powell@weil.com |
| 4 | LEERON. G. KALAY (Bar No. 233579) |
| | leeron.kalay@weil.com |
| 5 | WEIL, GOTSHAL & MANGES LLP |
| | Silicon Valley Office |
| 6 | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| 7 | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| 8 | |
| 9 | DORIAN E. DALEY (Bar No. 129049) |
| | dorian.daley@oracle.com |
| | PEGGY E. BRUGGMAN (Bar No. 184176) |
| 10 | peggy.bruggman@oracle.com |
| | ORACLE CORPORATION |
| 11 | 500 Oracle Parkway |
| | Redwood Shores, CA 94065 |
| 12 | Telephone: (650) 506-5200 |
| | Facsimile: (650) 506-7114 |
| 13 | |
| 14 | Attorneys for Plaintiff |
| | Oracle International Corporation |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION, | **E-FILING** |
| Plaintiff, | **Case No. C 03 02267 VRW** |
| v. | [~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT ORDER |
| MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS, LLC, | Hon. Vaughn R. Walker |
| Defendants. | |

---

[PROPOSED] ORDER MODIFYING CASE MANAGEMENT ORDER

Case No. C 03 02267 VRW

SV1:\231660\01\4YR001!.DOC\66385.0013

1  WHEREAS, the parties to the above-entitled action have jointly submitted a
2  stipulation and request to modify the Case Management Order in this case.
3  The Court hereby ORDERS that the Case Management Order is modified as
4  follows:

| EVENT | EXISTING DATE | PROPOSED NEW DATE |
|---|---|---|
| Markman Hearing and Further Case Management Conference | March 30, 2005 | Completed |
| Further Case Management Conference | June 21, 2005 at 9:00 a.m. | Completed |
| Final Infringement Contentions | September 9, 2005 | Completed |
| Close of Fact Discovery | September 30, 2005 | November 30, 2005 |
| Opening Expert Reports | October 14, 2005 | December 16, 2005 |
| Rebuttal Expert Reports | December 2, 2005 | February 3, 2006 |
| Close of Expert Discovery | December 16, 2005 | February 17, 2006 |
| Last Day to File Dispositive Motions | January 20, 2006 | March 24, 2006 |
| Trial Date | Not Set | No Change |

18  IT IS SO ORDERED.

21  Dated: _____

By: _____
Vaughn R. Walker
United States District Court Judge