# WEIL, GOTSHAL & MANGES LLP

SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE

(650) 802-3206
mike.powell@weil.com

October 7, 2005

**VIA FACSIMILE**

Joseph P. Messina
Mintz Levin Cohn Ferris Glovsky and Popeo PC
One Financial Center
Boston, MA 02111

Re: *Oracle International v. Mangosoft, Inc., et al.*
*U.S.D.C., N.D.Cal. Civil Action No. 03-02267-VRW*

Dear Joe:

I did not hear back regarding my e-mail request for a teleconference concerning the scheduling of numerous upcoming percipient and 30b6 depositions, and my numerous written requests for dates continue to go unanswered.

Based on our teleconference some weeks ago, I had anticipated your cooperation in scheduling the depositions and was surprised by Defendants' (unannounced) motion for summary judgment of noninfringement and invalidity in view of Defendants' withholding of this critical discovery. In view of Defendants' continuing failure to provide or agree to dates for any of these depositions (or even respond to my correspondence), I am confident Defendants will agree to continue the hearing on Defendants' recently filed motion for summary judgment until March or April of 2006 (as contemplated in the Court's September 22, 2005 Case Management Order) to allow Oracle to conduct this necessary discovery and prepare its opposition.

Therefore, I ask again that you make yourself available to discuss these matters in greater detail. If I do not hear from you by Wednesday, October 12, 2005, Oracle will be forced to seek an order setting dates for the depositions of all of Defendants' witnesses and staying the summary judgment proceedings pending completion of fact and expert discovery.

WEIL, GOTSHAL & MANGES LLP

Joseph P. Messina
October 7, 2005
Page 2

      Nevertheless, in hopeful anticipation of your cooperation, I propose the following schedule:

<u>Witnesses Represented by Mintz Levin</u>

| | |
|---|---|
| Robert Phillips | November 8, 2005 @ 10:00 a.m. |
| Daniel Dietterich | November 9, 2005 @ 10:00 a.m. |
| Dave Porter | November 10, 2005 @ 10:00 a.m. |
| Robert Parsons | November 11, 2005 @ 10:00 a.m. |
| Scott Davis | December 6, 2005 @ 10:00 a.m. |
| 30b6 Sales/Marketing/Licensing | December 7, 2005 @ 10:00 a.m. |
| 30b6 Design & Operation | December 8, 2005 @ 10:00 a.m. |

<u>Witnesses Not Represented by Mintz Levin</u>

| | |
|---|---|
| James Plummer | October 27, 2005 @ 9:00 a.m. |
| Randy Shain | October 28, 2005 @ 9:00 a.m. |
| Mark Woodbury | Unable To Locate - TBD |
| Jerry Plouffe | Unable To Locate - TBD |

      In view of the Thanksgiving Holiday and the unanticipated delay in scheduling the examination of these witnesses, I believe we should also agree to extend the deadline for opening expert reports until January 6, 2005.

      Please let me know how Defendants wish to proceed.

Sincerely,

Michael D. Powell

cc: Thomas W. Lathram