```
 1  MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
 2  DOUGLAS E. LUMISH (Bar No. 183863)
    douglas.lumish@weil.com
 3  MICHAEL D. POWELL (Bar No. 202850)
    michael.powell@weil.com
 4  MATTHEW M. SARBORARIA (Bar No. 211600)
    matthew.sarboraria@weil.com
 5  DAVID T. POLLOCK (Bar No. 217546)
    david.pollock@weil.com
 6  WEIL, GOTSHAL & MANGES LLP
    Silicon Valley Office
 7  201 Redwood Shores Parkway
    Redwood Shores, CA  94065
 8  Telephone: (650) 802-3000
    Facsimile: (650) 802-3100
 9
    DORIAN E. DALEY (Bar No. 129049)
10  dorian.daley@oracle.com
    PEGGY E. BRUGGMAN (Bar No. 184176)
11  peggy.bruggman@oracle.com
    ORACLE CORPORATION
12  500 Oracle Parkway
    Redwood Shores, CA  94065
13  Telephone: (650) 506-5200
    Facsimile: (650) 506-7114
14
    Attorneys for Plaintiff
15  Oracle International Corporation
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION,<br><br>         Plaintiff,<br><br>   v.<br><br>MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS LLC,<br><br>         Defendants. | Case No. C-03-2267 VRW<br><br>**MANUAL FILING NOTIFICATION**<br><br>EXHIBIT M. EXCERPTS FROM THE MAY 11, 2005 DEPOSITION OF PHILIP J. ROMINE<br><br>**FILED UNDER SEAL**<br>Date:     TBD<br>Time:     TBD<br>Courtroom 6, 17th Floor<br>Hon. Vaughn R. Walker |

**THIS ENVELOPE CONTAINS MATERIALS SUBJECT TO A STIPULATED PROTECTIVE ORDER ENTERED IN THIS ACTION.  IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.**

## MANUAL FILING NOTIFICATION

Regarding:  <u>EXHIBIT M to the Declaration of Michael D. Powell In Support Of Plaintiff's Motion For Continuance Of Hearing On Defendants' Motion For Summary Judgment.</u>

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

____   Voluminous Document (PDF file size larger than efiling system allowances)

_____   Unable to Scan Documents

_____   Physical Object (description): _____

_____

_____   Non Graphical/Textual Computer file (audio, video, etc.) on CD or other media

 XX    Item Under Seal

____   Conformance with the Judicial Conference Privacy Policy (General Order 53)

_____   Other (description): _____

_____

Dated: October 14, 2005                         WEIL, GOTSHAL & MANGES LLP
                                                Silicon Valley Office


                                                By:     */s/ Michael D. Powell*
                                                        Michael D. Powell

MANUAL FILING NOTIFICATION

Case No. C-03-2267 VRW (JCS)
SV1:\233614\01\509@01!.DOC\66385.0013