UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORACLE INTERNATIONAL
CORPORATION,

               Plaintiff,

     v.

MANGOSOFT, INC., MANGOSOFT
CORPORATION, and BUILT RIGHT
NETWORKS LLC,

               Defendants.

Case No. C-03-2267 VRW

**NOTICE OF DEPOSITION**

       PLEASE TAKE NOTICE that pursuant to Rule 45 of the Federal Rules of Civil Procedure, defendant Oracle Corporation ("Oracle") is serving or will serve as soon as possible the attached subpoena on Scott Davis.  Oracle will take the deposition upon oral examination of Scott Davis on September 22, 2005, beginning at 9:00 a.m. and continuing from day to day thereafter until completed.  The deposition shall take place at The deposition shall take place at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. One Financial Center, Boston, MA 02111. The deposition will be taken before a notary public or other officer authorized to administer oaths, and will be recorded by videotape, audiotape and stenographic recording.  You are invited to attend.

          

Dated: September 6, 2005

Respectfully submitted,

MATTHEW D. POWERS, Cal. Bar #104795
DOUGLAS E. LUMISH, Cal. Bar #183863
MICHAEL D. POWELL, Cal. Bar No. 202850
MATTHEW M. SARBORARIA, Cal. Bar # 211600

WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000


By:  _____
          Leeron G. Kalay
     Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ORACLE INTERNATIONAL CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS LLC, <br><br> Defendants. | Case No. C-03-2267 VRW <br><br> **NOTICE OF DEPOSITION** |

     PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Oracle Corporation ("Oracle") will take the deposition upon oral examination of Robert Phillips on November 8, 2005, beginning at 10:00 a.m. and continuing from day to day thereafter until completed. The deposition shall take place at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. One Financial Center, Boston, MA 02111. The deposition will be taken before a notary public or other officer authorized to administer oaths, and will be recorded by videotape, audiotape and stenographic recording. You are invited to attend.

Dated: October 12, 2005

Respectfully submitted,

MATTHEW D. POWERS, Cal. Bar #104795
DOUGLAS E. LUMISH, Cal. Bar #183863
MICHAEL D. POWELL, Cal. Bar No. 202850
MATTHEW M. SARBORARIA, Cal. Bar # 211600

WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000

By: _____

Leeron G. Kalay
Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ORACLE INTERNATIONAL CORPORATION, | |
| Plaintiff, | Case No. C-03-2267 VRW |
| v. | **NOTICE OF DEPOSITION** |
| MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS LLC, | |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Oracle Corporation ("Oracle") will take the deposition upon oral examination of Daniel Dietterich on November 9, 2005, beginning at 9:00 a.m. and continuing from day to day thereafter until completed.  The deposition shall take place at The deposition shall take place at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. One Financial Center, Boston, MA 02111.  The deposition will be taken before a notary public or other officer authorized to administer oaths, and will be recorded by videotape, audiotape and stenographic recording.  You are invited to attend.

Dated: October 12, 2005

Respectfully submitted,

MATTHEW D. POWERS, Cal. Bar #104795
DOUGLAS E. LUMISH, Cal. Bar #183863
MICHAEL D. POWELL, Cal. Bar No. 202850
MATTHEW M. SARBORARIA, Cal. Bar # 211600

WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000


By: _____
                Leeron G. Kalay
            Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORACLE INTERNATIONAL
CORPORATION,

         Plaintiff,

    v.

MANGOSOFT, INC., MANGOSOFT
CORPORATION, and BUILT RIGHT
NETWORKS LLC,

         Defendants.

Case No. C-03-2267 VRW

**NOTICE OF DEPOSITION**

         PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Oracle Corporation ("Oracle") will take the deposition upon oral examination of Dave Porter on November 10, 2005, beginning at 9:00 a.m. and continuing from day to day thereafter until completed.  The deposition shall take place at The deposition shall take place at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. One Financial Center, Boston, MA 02111.  The deposition will be taken before a notary public or other officer authorized to administer oaths, and will be recorded by videotape, audiotape and stenographic recording.  You are invited to attend.

Dated: October 12, 2005

Respectfully submitted,

MATTHEW D. POWERS, Cal. Bar #104795
DOUGLAS E. LUMISH, Cal. Bar #183863
MICHAEL D. POWELL, Cal. Bar No. 202850
MATTHEW M. SARBORARIA, Cal. Bar # 211600

WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

By: _____
Leeron G. Kalay
Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORACLE INTERNATIONAL
CORPORATION,

            Plaintiff,

     v.

MANGOSOFT, INC., MANGOSOFT
CORPORATION, and BUILT RIGHT
NETWORKS LLC,

            Defendants.

Case No. C-03-2267 VRW

**NOTICE OF DEPOSITION**

       PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Oracle Corporation ("Oracle") will take the deposition upon oral examination of Robert Parsons on November 11, 2005, beginning at 10:00 a.m. and continuing from day to day thereafter until completed. The deposition shall take place at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. One Financial Center, Boston, MA 02111. The deposition will be taken before a notary public or other officer authorized to administer oaths, and will be recorded by videotape, audiotape and stenographic recording. You are invited to attend.

Dated: October 12, 2005

Respectfully submitted,

MATTHEW D. POWERS, Cal. Bar #104795
DOUGLAS E. LUMISH, Cal. Bar #183863
MICHAEL D. POWELL, Cal. Bar No. 202850
MATTHEW M. SARBORARIA, Cal. Bar # 211600

WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000

By: _____
Leeron G. Kalay
Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORACLE INTERNATIONAL
CORPORATION,

            Plaintiff,

    v.

MANGOSOFT, INC., MANGOSOFT
CORPORATION, and BUILT RIGHT
NETWORKS LLC,

            Defendants.

Case No. C-03-2267 VRW

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Oracle Corporation ("Oracle") will take the deposition upon oral examination of Mark Woodbury on October 26, 2005, beginning at 10:00 a.m. and continuing from day to day thereafter until completed. The deposition shall take place at Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. One Financial Center, Boston, MA 02111. The deposition will be taken before a notary public or other officer authorized to administer oaths, and will be recorded by videotape, audiotape and stenographic recording. You are invited to attend.

Dated: October 12, 2005

Respectfully submitted,

MATTHEW D. POWERS, Cal. Bar #104795
DOUGLAS E. LUMISH, Cal. Bar #183863
MICHAEL D. POWELL, Cal. Bar No. 202850
MATTHEW M. SARBORARIA, Cal. Bar # 211600

WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000


By:   _____
                Leeron G. Kalay
             Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS LLC,<br><br>        Defendants. | Case No. C-03-2267 VRW<br><br>**NOTICE OF DEPOSITION** |

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Oracle Corporation ("Oracle") will take the deposition upon oral examination of Randy Shain on October 28, 2005, beginning at 10:00 a.m. and continuing from day to day thereafter until completed. The deposition shall take place at Weil, Gotshal, and Manges, LLP, 100 Federal Street, Floor 34, Boston, MA 02110. The deposition will be taken before a notary public or other officer authorized to administer oaths, and will be recorded by videotape, audiotape and stenographic recording. You are invited to attend.

Dated: October 12, 2005

Respectfully submitted,

MATTHEW D. POWERS, Cal. Bar #104795
DOUGLAS E. LUMISH, Cal. Bar #183863
MICHAEL D. POWELL, Cal. Bar No. 202850
MATTHEW M. SARBORARIA, Cal. Bar # 211600

WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000

By: _____
Leeron G. Kalay
Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS LLC,<br><br>Defendants. | Case No. C-03-2267 VRW<br><br>**NOTICE OF DEPOSITION** |

PLEASE TAKE NOTICE that pursuant to Rule 30 of the Federal Rules of Civil Procedure, defendant Oracle Corporation ("Oracle") will take the deposition upon oral examination of James Plummer on October 27, 2005, beginning at 9:00 a.m. and continuing from day to day thereafter until completed. The deposition shall take place at Weil, Gotshal, and Manges, LLP, 100 Federal Street, Floor 34, Boston, MA 02110. The deposition will be taken before a notary public or other officer authorized to administer oaths, and will be recorded by videotape, audiotape and stenographic recording. You are invited to attend.

Dated: October 12, 2005

Respectfully submitted,

MATTHEW D. POWERS, Cal. Bar #104795
DOUGLAS E. LUMISH, Cal. Bar #183863
MICHAEL D. POWELL, Cal. Bar No. 202850
MATTHEW M. SARBORARIA, Cal. Bar # 211600

WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone:  (650) 802-3000


By:  _____
        Leeron G. Kalay
     Attorneys for Defendant