UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION<br><br>    Plaintiff(s),<br><br>    v.<br><br>MANGOSOFT, INC., ET AL.,<br><br>    Defendant(s).<br>_____/ | No. C-03-2267 VRW (JCS)<br><br>**ORDER TO MEET AND CONFER RE DEFENDANTS' MOTION TO COMPEL** |

TO ALL PARTIES AND COUNSEL OF RECORD:

   The Court is in receipt of Defendants' Motion to Compel Discovery (the "Motion"), electronically filed on January 11, 2006 (Docket No. 130).

   It appears that counsel have not made adequate efforts resolve this matter without the need for Court intervention. Accordingly, IT IS HEREBY ORDERED that lead trial counsel for Plaintiff and lead trial counsel for Defendants shall meet and confer *in person* regarding the subject matter of the Motion in an effort to resolve the matters at issue. If counsel are not able to resolve the matters, they shall provide a detailed Joint Letter to the Court **no later than January 31, 2006**. This Joint Letter shall include a description of every issue in dispute and, with respect to each such issue, a detailed summary of each party's final substantive position and their final proposed compromise on each issue.

   The Court, after reviewing the papers in this matter, will decide what additional proceedings, if any, will be scheduled.

   IT IS SO ORDERED.

Dated: January 19, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge