UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE INTERNATIONAL CORP., | Case No.  C03-2267 VRW (JCS) |
| Plaintiff(s), | |
| v. | **ORDER GRANTING IN PART, DENYING IN PART JOINT LETTER BRIEF RE: MOTION TO COMPEL DISCOVERY [Docket No. 134]** |
| MANGOSOFT, INC., ET AL., | |
| Defendant(s). | |

On January 31, 2006, the parties file a Joint Letter Brief regarding the results of their meet-and-confer session regarding Defendant's Motion to Compel.

On February 9, 2006, a telephonic hearing was held on the Joint Letter Brief. Michael Powell and Doug Lumish, counsel for Plaintiff, were present. Roger Kennedy and Peggy Bruggman, in-house counsel for Oracle, were present. Thomas Lathram, counsel for Defendant, was present.

For reasons stated on the record,

IT IS HEREBY ORDERED that Plaintiff shall, in good faith, answer the following interrogatory: what versions of UNIX or Windows were run on Oracle computers during the time one (1) year prior to the application of the patent through the issuance of the patent? All other Motions to Compel are DENIED as moot.

IT IS HEREBY FURTHER ORDERED that the Court expects the parties to live up to their agreements regarding discovery.

IT IS SO ORDERED.

Dated:  February 15, 2006

JOSEPH C. SPERO
United States Magistrate Judge