MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
DOUGLAS E. LUMISH (Bar No. 183863)
doug.lumish@weil.com
MICHAEL D. POWELL (Bar No. 202850)
michael.powell@weil.com
LEERON G. KALAY (Bar No. 233579)
david.pollock@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

DORIAN E. DALEY (Bar No. 129049)
dorian.daley@oracle.com
PEGGY E. BRUGGMAN (Bar No. 184176)
peggy.bruggman@oracle.com
MATTHEW M. SARBORARIA (Bar No. 211600)
matthew.sarboraria@oracle.com
ORACLE CORPORATION
500 Oracle Parkway
Redwood Shores, CA 94065
Telephone: (650) 506-5200
Facsimile: (650) 506-7114

Attorneys for Plaintiff
Oracle International Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MANGOSOFT, INC., MANGOSOFT CORPORATION, and BUILT RIGHT NETWORKS LLC,<br><br>Defendants. | Case No. C-03-2267 VRW<br><br>[~~PROPOSED~~] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO CIVIL LOCAL RULES 7-10 AND 79-5 TO SEAL DOCUMENTS<br><br>Date: June 15, 2006<br>Time: 2:00 p.m.<br><br>Courtroom 6, 17th Floor<br>Hon. Vaughn R. Walker |

As set forth in plaintiff Oracle International Corporation's Miscellaneous Administrative Request Pursuant to Civil Local Rules 7-10 and 79-5 to Seal Documents (hereinafter "Oracle's Miscellaneous Administrative Request"), Oracle International Corporation lodged with the Court the following documents in connection with Plaintiff Oracle International Corporation's Motion For Summary Adjudication of Defendants' Third Affirmative Defense and Count Two of Defendants' Counterclaims and Plaintiff Oracle International Corporation's Motion To Preclude Mangosoft's Allegations Of Inequitable Conduct Or, Alternatively, For Summary Adjudication Of No Inequitable Conduct:

EXHIBIT 2 to the Declaration of Michael D. Powell In Support Of Plaintiff Oracle International Corporation's Motion For Summary Adjudication of Defendants' Third Affirmative Defense and Count Two of Defendants' Counterclaims (hereinafter "Powell Declaration") [Expert Report of Andrew Kaluzniacki Re: Infringement];

EXHIBIT 4 to the Powell Declaration [Excerpt from December 23, 2005, Deposition of Vivek Sharma];

EXHIBIT 5 to the Powell Declaration [Excerpt from December 6, 2005, Deposition of Robert Phillips];

EXHIBIT 9 to the Powell Declaration [Expert Report of Stephen Gray Re: Unenforceability, Invalidity and Non-Infringement of U.S. Patent No. 6,317,790 ];

EXHIBIT 26 to the Powell Declaration ["Mangomind Service User's Guide" Mango-CA 123-168];

EXHIBIT 28 to the Powell Declaration ["Mangomind Technical White Paper" Mango-CA 16588-16620];

EXHIBIT 29 to the Powell Declaration ["Mangomind Service Introduction to Mangomind" Mango-CA 1-34];

EXHIBIT 30 to the Powell Declaration ["Mangomind Technical White Paper" Mango 11911-11948];

EXHIBIT 31 to the Powell Declaration ["Mangomind v3.0 Control api" Mango-CA 2263-2322];

|   |   |
|---|---|
| 1 | EXHIBIT 32 to the Powell Declaration ["MANGOMIND Service Introduction To |
| 2 | Mangomind" Mango-CA 4344-4401]; |
| 3 | EXHIBIT 33 to the Powell Declaration [Excerpt from May 11, 2005, 30(b)(6) |
| 4 | Deposition of Philip Romine]; |
| 5 | EXHIBIT 34 to the Powell Declaration ["MangoMIND Technical Report, Second |
| 6 | Draft" Mango 17364-17398]; |
| 7 | EXHIBIT 35 to the Powell Declaration ["MIND Interface- Design Specification" |
| 8 | Mango-CA 2071-2106]; |
| 9 | EXHIBIT 36 to the Powell Declaration ["Welcome to Mangomind" Mango-CA |
| 10 | 9027]; |
| 11 | EXHIBIT 37 to the Powell Declaration ["Where are Mangomind Drive Files |
| 12 | Stored?" Mango-CA 10717]; |
| 13 | EXHIBIT 38 to the Powell Declaration ["How Are My Files Stored On The |
| 14 | Mangomind Servers?" Mango-CA 10112]; |
| 15 | EXHIBIT 39 to the Powell Declaration ["Mind Reconciliation: Theory of |
| 16 | Operation" Mango-CA 1182611848]; |
| 17 | EXHIBIT 40 to the Powell Declaration ["How Are My Files Stored On The |
| 18 | Mangomind Servers?" Mango-CA 10088]; |
| 19 | EXHIBIT 41 to the Powell Declaration ["Where are Mangomind Drive Files |
| 20 | Stored?" Mango-CA 10759]; |
| 21 | EXHIBIT 42 to the Powell Declaration ["Mangomind Version 2.0.2 README" |
| 22 | Mnago-CA 9729-9735]; |
| 23 | EXHIBIT 43 to the Powell Declaration ["Accessing Mangomind Features" |
| 24 | Mango-CA 9889]; |
| 25 | EXHIBIT 44 to the Powell Declaration ["Mangomind service User's Guide" |
| 26 | Mango-CA 10665-10710]; |
| 27 | EXHIBIT 45 to the Powell Declaration ["Accessing Mangomind Features" |
| 28 | Mango-CA 10738]; |

EXHIBIT 46 to the Powell Declaration ["Accessing Mangomind Features" Mango-CA 10780];

EXHIBIT 47 to the Powell Declaration ["Troubleshooting Problems With Drive Access" Mango-CA 10974];

EXHIBIT 48 to the Powell Declaration ["Troubleshooting Problems With Drive Access" Mango-CA 10998];

EXHIBIT 49 to the Powell Declaration ["Troubleshooting Problems Saving, Moving, or Copying Files To Mangomind Drive" Mango-CA 11001];

EXHIBIT 50 to the Powell Declaration ["Where Are Mangomind Drive Files Stored?" Mango-CA 9081];

EXHIBIT 51 to the Powell Declaration ["Where Are Mangomind Drive Files Stored?" Mango-CA 9035]; as well as

EXHIBIT 3 to the Declaration of Leeron G. Kalay In Support Of Plaintiff Oracle International Corporation's Motion To Preclude Mangosoft's Allegations Of Inequitable Conduct Or, Alternatively, For Summary Adjudication Of No Inequitable Conduct (hereinafter "Kalay Declaration") [Expert Report of Stephen Gray Re: Unenforceability, Invalidity and Non-Infringement of U.S. Patent No. 6,317,790]; and

Having considered Oracle International Corporation's Miscellaneous Administrative Request, and good cause appearing,

IT IS HEREBY ORDERED that Exhibits 2, 4, 5, 9, 26, 28 – 51 to the Powell Declaration, and Exhibit 3 to the Kalay Declaration are to be filed under seal.

Dated: _____April 12, 2006_____, ~~2006~~.

IT IS SO ORDERED

_____
Judge Vaughn R Walker

[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST

3

Case No. C-03-2267 VRW (JCS)
SV1:\243725\01\582501!.DOC\66385.0013