IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORACLE INTERNATIONAL CORPORATION,<br><br>          Plaintiff and<br>          Counterdefendant,<br><br>    v.<br><br>MANGOSOFT, INC.,<br><br>          Defendant and<br>          Counterclaimant._____/ | No. C 03-2267 VRW<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( x ) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** that pursuant to the Court's order granting Mangosoft's motion for summary judgment of non-infringement, judgment is hereby entered in favor of Mangosoft Inc. and against plaintiff.

Dated: October 26, 2006                                             Richard W. Wieking, Clerk

                                                                               By: *Cora Delfin*
                                                                                        Deputy Clerk